# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL A. McCRAY,<br>　　　Plaintiffs<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICES and<br>ROBERT POMEROY,<br>　　　Defendants | )<br>)<br>)　　CIVIL ACTION<br>)　　NO. 3:10-cv-30171 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]　**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants United States Postal Services, et al., against the plaintiff Michael A. McCray, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: February 24, 2012　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine) 3.wpd - 11/98)
　　　[jgm.]